# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                          NO. 4:08C00399 HDY

MICHAEL BEWLEY                                                                   DEFENDANT

## ORDER

The United States of America filed a motion to dismiss, see Document 4, then filed a second motion to dismiss that the Clerk of the Court has construed as an amended or corrected motion to dismiss, see Document 5.  The initial motion to dismiss is denied.  See Document 4.  For the reasons identified in the amended or corrected motion to dismiss, it is granted.  See Document 5.  The citation evidenced in Violation Notice F4195777 is dismissed pursuant to General Order 52 and Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this ___8___ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE